HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP
Attorneys for Plaintiffs
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
Paul J. Hanly, Jr. (PH-5486)
Jayne Conroy (JC 8611)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: SEPTEMBER 11 LITIGATION | 21 MC 97 (AKH)<br><br>This document relates to: |

| | |
|---|---|
| HUNT | 03 CV 6183 (AKH) |
| LOW | 03 CV 7040 (AKH) |
| BURNETT | 03 CV 7073 (AKH) |
| BRUNO | 04 CV 00365 (AKH) |
| FILIPOV | 03 CV 7076 (AKH) |
| NASSANEY | 03 CV 7083 (AKH) |
| OGONOWSKI | 03 CV 7070 (AKH) |
| SANCHEZ | 03 CV 7084 (AKH) |
| SWEENEY | 03 CV 7071 (AKH) |
| AMBROSE | 02 CV 7150 (AKH) |
| MILLER | 02 CV 3676 (AKH) |
| BAILEY | 03 CV 6802 (AKH) |
| BAKER | 02 CV 6364 (AKH) |
| BAVIS | 02 CV 7154 (AKH) |
| BERTORELLI-ZANGRILLO | 02 CV 7259 (AKH) |
| BOOMS | 02 CV 8918 (AKH) |
| BROWN | 02 CV 6378 (AKH) |
| CARSTANJEN | 02 CV 7153 (AKH) |
| COTTOM | 02 CV 6379 (AKH) |
| DICKENS | 03 CV 0029 (AKH) |
| DORSEY | 02 CV 7920 (AKH) |
| FALKENBERG | 02 CV 7145 (AKH) |
| FLAGG | 03 CV 6810 (AKH) |
| FLAGG | 03 CV 6808 (AKH) |
| RALEY | 02 CV 7147 (AKH) |
| GUADAGNO | 02 CV 7260 (AKH) |
| HASHEM | 03 CV 6809 (AKH) |
| HAYDEN | 03 CV 6811 (AKH) |
| HOLLAND | 02 CV 8916 (AKH) |
| JALBERT | 03 CV 6801 (AKH) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/06

| | |
|---|---|
| *JENSEN* | 02 CV 7149 (AKH) |
| *KEATING* | 02 CV 7156 (AKH) |
| *KOUTNY* | 02 CV 2802 (AKH) |
| *LEBLANC* | 02 CV 7155 (AKH) |
| *LEBRON* | 02 CV 7262 (AKH) |
| *LEMACK* | 03 CV 6803 (AKH) |
| *LOPEZ* | 02 CV 0458 (AKH) |
| *MILLER* | 02 CV 1728 (AKH) |
| *MLADENIK* | 03 CV 7022 (AKH) |
| *O'HARE* | 02 CV 0456 (AKH) |
| *PETERSON* | 03 CV 6805 (AKH) |
| *SWEENEY* | 02 CV 1727 (AKH) |
| *TEAGUE* | 03 CV 6800 (AKH) |
| *TITUS* | 02 CV 6365 (AKH) |
| *VADHAN* | 02 CV 7261 (AKH) |
| *WAHLSTROM* | 02 CV 7144 (AKH) |
| *ZHENG* | 02 CV 8919 (AKH) |
| *GALLOP* | 03 CV 1016 (AKH) |
| *CASHMAN* | 02 CV 7608 (AKH) |
| *DRISCOLL* | 02 CV 7912 (AKH) |
| *BURNETT* | 02 CV 6186 (AKH) |

### [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon consideration of the Notice of Motion for Admission *Pro Hac Vice* of Joseph F. Rice, Esq., and the accompanying Affidavit of Joseph F. Rice, sworn to on July 21, 2006, it is hereby:

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Joseph F. Rice, Esq., is hereby admitted *pro hac vice* to the bar of this Court for the purpose of representing plaintiffs in the above-captioned proceeding and consolidated cases.

ALVIN K. HELLERSTEIN
United States District Judge

Dated _____, 2006